01
02
03
04        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
05                    AT SEATTLE

06 | UNITED STATES OF AMERICA,        ) CASE NO. CR06-331-RSM
                                      )
07 |      Plaintiff,                  )
                                      )
08 |      v.                          ) SUMMARY REPORT OF U.S.
                                      ) MAGISTRATE JUDGE AS TO
09 | MARTA SILVIA ALFARO,             ) ALLEGED VIOLATIONS
                                      ) OF SUPERVISED RELEASE
10 |      Defendant.                  )
                                      )
11

12        An initial hearing on supervised release revocation in this case was scheduled before me

13 on August 3, 2007. The United States was represented by AUSA Nicholas Brown and the

14 defendant by Jay Stansell. The proceedings were digitally recorded.

15        Defendant had been sentenced in the Southern District of California on or about October

16 1, 2004 by the Honorable William Q. Hayes on a charge of Bringing in Illegal Aliens, and

17 sentenced to 12 months and 1 day custody, 3 years supervised release. Supervised released

18 commenced on September 1, 2005 and jurisdiction was transferred to this District on September

19 21, 2006.

20        The conditions of supervised release included the standard conditions plus the requirements

21 that defendant be prohibited from possessing any firearms, submit to search, not associate with

22 undocumented aliens or alien smugglers, not enter or reside in the Republic of Mexico without

permission of the probation department, report all vehicles in which she had an interest to her probation officer, and provide access to financial information. (Dkt.3, page 23-25.)

In an application dated July 20, 2007 (Dkt. 4), U.S. Probation Officer Christopher Luscher alleged the following violation of the conditions of supervised release:

1. Failing to notify the probation officer at least ten days prior to a change in residence, on or before July 12, 2007, in violation of standard condition No. 6.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been released on the conditions of supervised release, plus the condition that she reside with her brother Santiago Alfaro.

DATED this 3rd day of August, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:        Honorable Ricardo Martinez
     AUSA:                  Nicholas Brown
     Defendant's attorney:  Jay Stansell
     Probation officer:     Christopher Luscher